Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−30227−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Valerie C. Muhammad
   aka Valerie C Williams−Muhammad, aka
   Valerie C Williams
   413 Highalnd Avenue
   Passaic, NJ 07055−3224

Social Security No.:
   xxx−xx−9828

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 8, 2017</u>            <u>John K. Sherwood</u>
                                    Judge, United States Bankruptcy Court